**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mary Huttner, | Civil No. 11-1048 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Aurora Loan Services, Mortgage Electronic Registration Services, Inc., John and Jane Does 1-10, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  April 27, 2011

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge