UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mary Huttner,

      Plaintiff,

              Civ. No. 11-1048 (RHK/LIB)
              **ORDER**

v.

Aurora Loan Services,
John and Jane Does, 1-10,

      Defendants.

---

  This matter is before the Court *sua sponte*.

  Defendants have moved to dismiss this action, noticing their Motion for a hearing before the undersigned on January 20, 2012. Having reviewed the submissions to date, the Court does not believe that oral argument will materially assist its resolution of the Motion. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the hearing on the Motion is **CANCELED**, and the Court will decide the Motion based on the written record. The Motion is deemed submitted as of January 6, 2012, the date for submission of Defendants' reply brief.

Dated: January 12, 2012           s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge